UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21196-BECERRA/TORRES

LORENA CASTELLANOS KINDELAN,

    Plaintiff,

vs.

LAJATO RESTAURANT LLC,
IVONNE PEREZ, AND
FELIX GUTIERREZ,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, LAJATO RESTAURANT LLC

    Plaintiff, Lorena Castellanos Kindelan, files the Return of Service on Defendant, LaJato Restaurant LLC (served on February 26, 2026).

    Dated this 2nd day of March 2026.

                                            s/*Samuel G. Gonzalez, Esq.*
                                            Brian H. Pollock, Esq. (174742)
                                            brian@fairlawattorney.com
                                            Samuel G. Gonzalez, Esq. (1011323)
                                            samuel@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, Florida 33146
                                            Tel:    305.230.4884
                                            *Counsel for Plaintiff*