## VERIFIED RETURN OF SERVICE

Job # MIA29703

**Client Info:**

FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL  33146

**Case Info:**

**PLAINTIFF:**
LORENA CASTELLANOS KINDELAN
 -versus-
**DEFENDANT:**
LA JATO RESTAURANT LLC, IVONNE PEREZ, and FELIX GUTIERREZ

U.S.D.C. FOR THE SOUTHERN DISTRICT OF FLORIDA

Court Case #  **1:26-cv-21196-JB**

**Service Info:**

**Received by Richard Abbazia: on February, 25th 2026** at **11:05 AM**
**Service:** I Served **LA JATO RESTAURANT LLC c/o Registered Agents Inc, its Registered Agent**
With: **SUMMONS, COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)**
by leaving with **Russell Clark, AUTHORIZED TO ACCEPT FOR R.A. COMPANY**

**At Business 7901 4TH STREET N. STE. 300 SAINT PETERSBURG, FL 33702**
On **2/26/2026** at **10:54 AM**
**Manner of Service: CORPORATE R/A**
F.S. 48.091(1)(2) CORPORATIONS: DESIGNATION OF REGISTERED AGENT

**Served Description:  (Approx)**

Age: **35**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 6"**, Weight: **200**, Hair: **Black** Glasses: **No**

I **Richard Abbazia** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*Richard Abbazia* (signature)

**Richard Abbazia**
Lic # **APS13460**

**Accurate Serve of Plantation**
151 N. Nob Hill Road, Suite 254
Plantation, FL 33324

Client # Lorena Castellanos Kindelan vs. LaJato Restaurant LLC, Ivonne Perez, and Felix Gutierrez - Case No.
Ref # 85873




1 of 1

Case 1:26-cv-21196-JB Document 5 Entered on FLSD Docket 02/23/2026 Page 1 of 2
Case 1:26-cv-21196-JB Document 5-1 Entered on FLSD Docket 02/26/2026 Page 2 of 2

INITIAL DATE: 2/26/2026 TIME: 10:54 AM

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LORENA CASTELLANOS KINDELAN | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:26-cv-21196-JB |
| LA JATO RESTAURANT LLC,<br>IVONNE PEREZ, and<br>FELIX GUTIERREZ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LA JATO RESTAURANT LLC
c/o Registered Agents Inc, its Registered Agent
7901 4th Street N Ste 300
St. Petersburg, Florida 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Samuel G. Gonzalez, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Tel: (305) 230-4884
samuel@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 02/23/2026

Angela E. Noble
Clerk of Court

*s/ W. Cendejas*
Deputy Clerk
U.S. District Courts