UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21196-BECERRA/TORRES

LORENA CASTELLANOS KINDELAN,

    Plaintiff,

vs.

LAJATO RESTAURANT LLC,
IVONNE PEREZ, AND
FELIX GUTIERREZ,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, IVONNE PEREZ

Plaintiff, Lorena Castellanos Kindelan, files the Return of Service on Defendant, Ivonne Perez (served on February 28, 2026).

Dated this 4th day of March 2026.

                                                             s/*Samuel G. Gonzalez, Esq.*
                                                             Brian H. Pollock, Esq. (174742)
                                                             brian@fairlawattorney.com
                                                             Samuel G. Gonzalez, Esq. (1011323)
                                                             samuel@fairlawattorney.com
                                                             FAIRLAW FIRM
                                                             135 San Lorenzo Avenue
                                                             Suite 770
                                                             Coral Gables, Florida 33146
                                                             Tel:    305.230.4884
                                                             *Counsel for Plaintiff*