## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:26-CV-21196-JB

Plaintiff:
**LORENA CASTELLANOS KINDELAN**

vs.

Defendants:
**LA JATO RESTAURANT LLC, IVONNE PEREZ, and FELIX GUTIERREZ**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 24th day of February, 2026 at 10:40 am to be served on **Ivonne Perez, 15611 SW 39 Terrace, Miami, FL 33185**.

I, Stefany Camejo, do hereby affirm that on the **28th day of February, 2026** at **4:12 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Miguel Perez** as **Co-resident** at the residential address of: **15611 SW 39 Terrace, Miami, FL 33185**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with Florida State statute, § 48.031(1)(a).

**Description** of Person Served: Age: 70, Sex: M, Race/Skin Color: Hispanic, Height: 5'9", Weight: 175, Hair: Salt & Pepper, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_____
**Stefany Camejo**
Certified Process Server #2509

**Miami PSPI, LLC**
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321

Our Job Serial Number: NAY-2026000209