UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21196-BECERRA/TORRES

LORENA CASTELLANOS KINDELAN,

    Plaintiff,

vs.

LAJATO RESTAURANT LLC,
IVONNE PEREZ, AND
FELIX GUTIERREZ,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, FELIX GUTIERREZ

Plaintiff, Lorena Castellanos Kindelan, files the Return of Service on Defendant, Felix Gutierrez (served on February 28, 2026).

Dated this 4th day of March 2026.

                                                  s/*Samuel G. Gonzalez, Esq.*
                                                Brian H. Pollock, Esq. (174742)
                                                brian@fairlawattorney.com
                                                Samuel G. Gonzalez, Esq. (1011323)
                                                samuel@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, Florida 33146
                                                Tel:    305.230.4884
                                                *Counsel for Plaintiff*