UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:26-cv-21196-JB

LORENA CASTELLANOS KINDELAN,

    Plaintiffs,

v.

LAJATO RESTAURANT LLC, IVONNE PEREZ, and FELIX GUTIERREZ, individually,

    Defendants.
_____/

## NOTICE OF APPEARANCE

The undersigned, ADI AMIT, of the law firm of ADI AMIT., P.A., 101 Centre, 101 N.E. Third Avenue, Suite 300, Fort Lauderdale, Florida 33301, hereby gives notice of his appearance as counsel for the Defendants, LAJATO RESTAURANT LLC, IVONNE PEREZ, and FELIX GUTIERREZ, in the above-captioned matter.

Respectfully submitted, this 10th day of March, 2026.

                        ADI AMIT, P.A.
                        *Attorneys for Defendants*
                        101 Centre
                        101 N.E. Third Avenue, Suite 300
                        Fort Lauderdale, Florida 33301
                        Phone: (954) 533-5922
                        E-mail: Adi@DefenderOfBusiness.com

                        By: *s/Adi Amit*
                             Adi Amit, Esquire
                             Florida Bar No. 35257

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on March 10, 2026, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        /s/ *Adi Amit*
                                        Adi Amit

## SERVICE LIST

*Lorena Castellanos Kindelan v. LaJato Restaurant LLC, et al.*
Case No. 1:26-21196-JB

| | |
|---|---|
| Brian H. Pollock, Esquire | Adi Amit, Esquire |
| FAIRLAW FIRM | ADI AMIT, P.A. |
| 135 San Lorenzo Avenue | 101 Centre |
| Suite 770 | 101 N.E. Third Avenue, |
| Coral Gables, Florida 33146 | Suite 300 |
| brian@fairlawattorney.com | Ft. Lauderdale, Florida 33301 |
| *Counsel for Plaintiff* | Adi@DefenderOfBusiness.com |
| | *Counsel for Defendants* |