UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21196-BECERRA/TORRES

LORENA CASTELLANOS KINDELAN,

      Plaintiff,

vs.

LAJATO RESTAURANT LLC,
IVONNE PEREZ, AND FELIX
GUTIERREZ,

      Defendants.

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff, Lorena Castellanos Kindelan, identifies the following persons and entities with

an interest in the outcome of this action, as follows:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action —  including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

    a)    Lorena Castellanos Kindelan – Plaintiff;

    b)    Brian H. Pollock, Esq. – counsel for Plaintiff;

    c)    Samuel G. Gonzalez, Esq. – counsel for Plaintiff;

    d)    Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiff;

    e)    LaJato Restaurant LLC – Defendant;

    f)    Ivonne Perez – Defendant;

    g)    Adi Amit, Esq. – counsel for Defendants; and

    h)    Adi Amit, P.A. – counsel for Defendants.

1

2.      **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

　　　　None known to Plaintiff.

3.      **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

　　　　None known to Plaintiff.

4.      **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

　　　　Plaintiff, Lorena Castellanos Kindelan.

5.      **Check one of the following:**

　__X__ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

　　　　　　　　**-or-**

　____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

　　　　Dated this 19th day of March 2026.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　Brian H. Pollock, Esq.
　　　　　　　　　　Brian H. Pollock, Esq.  (174742)
　　　　　　　　　　brian@fairlawattorney.com
　　　　　　　　　　FAIRLAW FIRM
　　　　　　　　　　135 San Lorenzo Ave.
　　　　　　　　　　Suite 770
　　　　　　　　　　Coral Gables, FL 33146
　　　　　　　　　　Tel:    305.230.4884
　　　　　　　　　　*Counsel for Plaintiff*

2

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm