**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 1:26-cv-21196-JB

LORENA CASTELLANOS KINDELAN,

     Plaintiffs,

v.

LAJATO RESTAURANT LLC, IVONNE PEREZ, and FELIX GUTIERREZ, individually,

     Defendants.

_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, LAJATO RESTAURANT LLC, IVONNE PEREZ, and FELIX GUTIERREZ, by and through undersigned counsel hereby files this Certificate of Interested Persons and Corporate Disclosure Statement:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

| | | |
|---|---|---|
| a. | Named Plaintiff | LORENA CASTELLANOS KINDELAN |
| b. | Counsel for Plaintiff | Brian H. Pollock, Esquire<br>FAIRLAW FIRM<br>135 San Lorenzo Avenue, Suite 770<br>Coral Gables, FL 33146 |
| c. | Named Responding Defendant(s) | LAJATO RESTAURANT LLC<br>IVONNE PEREZ<br>FELIX GUTIERREZ |

1

d.   Counsel for Responding Defendant(s)   Adi Amit, Esq.
Adi Amit, P.A.
101 N.E. Third Avenue, Suite 300
Fort Lauderdale, FL 33301

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None other than named parties currently named in this litigation.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff, LORENA CASTELLANOS KINDELAN

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted, this 25th day of March, 2026.

Adi Amit, P.A.
*Attorneys for Defendants*
101 Centre
101 N.E. Third Avenue, Suite 300
Fort Lauderdale, Florida 33301
Phone: (954) 533-5922
E-mail: Adi@DefenderOfBusiness.com

By: *s/Adi Amit*
Adi Amit, Esquire
Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2026, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:___/s *Adi Amit*_____
Adi Amit, Esquire
Florida Bar No: 35257

## SERVICE LIST

***Lorena Castellanos Kindelan v. LaJato Restaurant LLC, et al.***
Case No. 1:26-21196-JB

Brian H. Pollock, Esquire
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, Florida 33146
brian@fairlawattorney.com
*Counsel for Plaintiff*

Adi Amit, Esquire
ADI AMIT, P.A.
101 Centre
101 N.E. Third Avenue,
Suite 300
Ft. Lauderdale, Florida 33301
Adi@DefenderOfBusiness.com
*Counsel for Defendants*