UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21196-BECERRA/TORRES

LORENA CASTELLANOS KINDELAN,

     Plaintiff,

v.

LAJATO RESTAURANT LLC,
IVONNE PEREZ, AND
FELIX GUTIERREZ,

     Defendants.

_____/

### NOTICE OF DISSOCIATION OF SAMUEL G. GONZALEZ, ESQ. AS COUNSEL FOR PLAINTIFF

Samuel G. Gonzalez, Esq., notifies the Court and all parties that he is no longer affiliated with FairLaw Firm, no longer of record for Plaintiff, Lorena Castellanos Kindelan, , no longer has an interest in the outcome of this action, and seeks to be dissociated from this matter.

Brian H. Pollock, Esq., and FairLaw Firm continue to represent the Plaintiff in this action.

Dated this 31st day of March 2026.

          s/ Samuel G. Gonzalez, Esq.
          Samuel G. Gonzalez, Esq.
          Fla. Bar No. 1011323
          samuel@fairlawattorney.com
          FAIRLAW FIRM
          135 San Lorenzo Avenue
          Suite 770
          Coral Gables, FL 33146
          Tel:    305.230.4884
          *Counsel for Plaintiff*