UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21196-BECERRA/TORRES

LORENA CASTELLANOS KINDELAN,

     Plaintiff,

vs.

LAJATO RESTAURANT LLC,
IVONNE PEREZ, and
FELIX GUTIERREZ,

     Defendants.

_____/

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF (SAMUEL G. GONZALEZ, ONLY)

Plaintiff's undersigned attorney, Samuel G. Gonzalez, Esq., hereby requests that this Court grant him leave to withdraw as counsel for Plaintiff in this case, and as grounds states as follows:

1.     Plaintiff retained the FairLaw Firm to represent her in this action.

2.     While employed by Fairllaw Firm, Samuel G. Gonzalez appeared in this case as one of Plaintiff's attorneys

3.     The undersigned is no longer employed by the FairLaw Firm. Therefore, he requests that this Court grant him leave to withdraw as one of the attorneys of record and relieve him of all responsibilities in connection with Plaintiff's representation in this case.

4.     Attorney Brian H. Pollock and FairLaw Firm will continue to represent Plaintiff in this case, and all pleadings, orders, notices, correspondence, and other filings related to this action should continue to be furnished to Mr. Pollock and FairLaw Firm in accordance with CM/ECF procedures.

5.      No party to this action will suffer prejudice as a result of the undersigned's withdrawal from this case, as Plaintiff will continue to be represented by Mr. Pollock and FairLaw Firm.

6.      Upon inquiry, defense counsel indicated he did not oppose the relief sought herein.

WHEREFORE, Plaintiff respectfully requests that the Court allow Samuel G. Gonzalez to withdraw as counsel of record in this case and to relieve him of all responsibilities related to Plaintiff's representation.

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that he has conferred in good faith with all parties or non-parties who may be affected by the relief sough in this motion, and that neither Plaintiff nor Defendants oppose the relief requested herein.

Respectfully submitted this 3rd day of April 2026,

> s/Samuel G. Gonzalez, Esq.
> Samuel G. Gonzalez, Esq.
> Florida Bar No. 1011323
> samuel.gonzalez28@gmail.com
> 126 Antiquera Avenue
> Coral Gables, FL 33134
> Telephone: (954) 632-0288
> *Counsel for Plaintiff*