UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21196-BECERRA/TORRES

LORENA CASTELLANOS KINDELAN,

Plaintiff,

vs.

LAJATO RESTAURANT LLC,
IVONNE PEREZ, and
FELIX GUTIERREZ,

Defendants.

_____/

## ORDER GRANTING UNOPPOSED MOTION
## TO WITHDRAW AS COUNSEL FOR PLAINTIFF

THIS CAUSE, having come before the Court on attorney Samuel G. Gonzalez's Unopposed Motion to Withdaw as Counsel for Plaintiff [ECF No. 16], and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1.     The Motion is GRANTED;

2.     Plaintiff will continue to be represented by counsel from FairLaw Firm;

3.     The Clerk of the Court is instructed to remove attorney Samuel G. Gonzalez as counsel for the Plaintiff;

4.     Attorney Samuel G. Gonzalez shall be relieved of all further responsibilities related to Plaintiff's representation in this case.

DONE AND ORDERED in Chambers on this _____ day of April 2026.

_____
JACQUELINE BECERRA

UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*