UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21196

LORENA CASTELLANOS KINDELAN,

       Plaintiff,

vs.

LAJATO RESTAURANT LLC,
IVONNE PEREZ, AND
FELIX GUTIERREZ,

       Defendants.

_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Katelyn Schickman, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Lorena Castellanos Kindelan, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address / email address.

Dated this 9th day of April 2026.

                               s/Katelyn Schickman, Esq.
                               Katelyn Schickman, Esq. (1064879)
                               katie@fairlawattorney.com
                               FAIRLAW FIRM
                               135 San Lorenzo Avenue
                               Suite 770
                               Coral Gables, FL 33146
                               Tel:  305.230.4884
                               *Counsel for Plaintiff*