**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-21196-Becerra**

LORENA CASTELLANOS KINDELAN,

     Plaintiffs,

v.

LA JATO RESTAURANT LLC, IVONNE PEREZ,
and FELIX GUTIERREZ

     Defendant.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

**THIS CAUSE** comes before the Court upon the Motion to Withdraw Attorney Samuel G. Gonzalez's Appearance as Counsel for Plaintiff.  ECF No. [17].  Upon due consideration of the Motion, the pertinent portions of the record, and the relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion, ECF No. [17] is **GRANTED**.  Samuel G. Gonzalez is terminated as counsel of record for Plaintiff and is relieved of all further responsibility in this action.  Plaintiff will continue to be represented by other counsel of record.

     **DONE AND ORDERED** in Miami, Florida, this 13th day of April, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**