UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21196-BECERRA/TORRES

LORENA CASTELLANOS KINDELAN,

      Plaintiff,

vs.

LAJATO RESTAURANT LLC,
IVONNE PEREZ, AND
FELIX GUTIERREZ,

      Defendants.

_____/

## JOINT STIPULATION FOR RULE 41
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Lorena Castellanos Kindelan, and Defendants, LaJato Restaurant LLC, Ivonne Perez, and Felix Gutierrez, through their respective undersigned counsel, stipulate to the voluntary dismissal of this action **without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Rules of Civil Procedure apply "in actions brought under the Fair Labor Standards Act no less than in any other case." *Vasconcelo v. Miami Auto Max, Inc.*, 981 F.3d 934, 942 (11th Cir. 2020). "Therefore, we find that the plain language of Rule 41(a)(1)(A)(ii) requires that a stipulation filed pursuant to that subsection is self-executing and dismisses the case upon its becoming effective." *Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272,1278 (11th Cir. 2012).

Respectfully submitted on this 11th day of August 2026.

s/Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
Katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*

s/Adi Amit, Esq.
Adi Amit, Esq.
Fla. Bar No.: 35257
adi@defenderofbusiness.com
Adi Amit, P.A.
500 NE 4th Street
Suite 101,
Fort Lauderdale, FL 33301
(954) 533-5922
*Counsel for Defendants*