**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-21196-JB**

LORENA CASTELLANOS KINDELAN,

     Plaintiff,

v.

LAJATO RESTAURANT LLC,
IVONNE PEREZ, and
FELIX GUTIERREZ,

     Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on the parties' Joint Stipulation for Rule 41 Voluntary Dismissal without Prejudice (the "Joint Stipulation").  ECF No. [24]. Upon due consideration of the Joint Stipulation, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**.  Each party shall bear their own attorney's fees and costs.  The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 12th day of August, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**